**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**PAUL VAYO**, individually, and on behalf of others similarly situated,

Plaintiff,

vs.

**IBA PROTON THERAPY, INC.**,

Defendant.

________________________________/

Case No. 18-cv-10681
**Hon. George Caram Steeh**

Nicholas Conlon
Jason T. Brown
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
Phone: (877) 561-0000
jtb@jtblawgroup.com
nicholasconlon@jtblawgroup.com

Charles R. Ash IV (P73877)
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, MI 48076
Phone: (248) 355-0300
crash@sommerspc.com

*Attorneys for Plaintiff*

Allan S. Rubin (P44420)
Blaine A. Veldhuis (P78840)
JACKSON LEWIS P.C.
2000 Town Center, Suite 1650
Southfield, MI 48075
Phone: (248) 936-1900
Rubina@jacksonlewis.com
Blaine.veldhuis@jacksonlewis.com

*Attorneys for Defendant*

________________________________/

**JOINT MOTION TO APPROVE SETTLEMENT**

Now come the parties jointly, by and through their respective counsel, and move this Court for an order approving settlement and in support of their Motion state as follows:

1. On February 27, 2018 an individual named Dennis Murray ("Murray") filed an action against the Defendant in the United States District Court for the Eastern District of Michigan, in which he sought relief for, among other things, alleged violations of the Fair Labor Standards Act of 1938, ("FLSA")(the "Action") (ECF # 1).

2. On March 30, 2018 Vayo opted into this case by filing with the Court a "Consent to Sue" (ECF # 5).

3. On May 2, 2018, IBA Proton Therapy, Inc. ("IBA") filed its Answer to Plaintiff's Complaint (ECF # 9).

4. On June 25, 2018 Murray filed a Motion to Conditionally Certify a Collective Class (ECF # 12). IBA filed an opposition on July 16, 2018 (ECF # 13) and on August 6, 2018, Plaintiff filed a Reply (ECF # 16). A hearing on Plaintiff's motion was set for September 12, 2018 (ECF # 15).

5. On September 10, 2018, prior to the hearing, the Court entered a stipulated Order that: (1) Dismissed Murray's Complaint without prejudice; (2) Dismissed the Motion to Conditionally Certify a Collective Class; and (3)

permitted Vayo to substitute as a named Plaintiff and file an Amended Complaint. (ECF # 17).

6. On October 10, 2018, Vayo filed an Amended Complaint (ECF # 18). Thereafter, the parties entered into settlement discussions and have now reached an amicable resolution of this matter. The terms of that settlement are encapsulated in a written settlement agreement, a copy of which is attached hereto as **Exhibit A.**

7. During settlement negotiations, all parties were represented by counsel. As a result of this settlement, the parties will save the costs, expense and time associated with proceeding with the litigation of this matter.

8. The settlement agreement contains a provision for proposed costs and fees to be paid to counsel for Plaintiff. The Plaintiff believes that the costs and fees are reasonable and commensurate with the service rendered by Plaintiff's Counsel and request that they be approved. As part of the settlement, Defendant has agreed not to object to the award of the fees and costs up to the amount stated in the settlement agreement. Defendant takes no other position regarding the reasonableness of the Plaintiff's attorney fees and costs.

9. Upon approval of the Settlement, the parties agree that all claims against Defendant will be dismissed with prejudice and without additional costs or attorney fees.

10. The parties agree that the settlement is a fair and reasonable resolution of a bona fide dispute over issues arising under the FLSA. In particular, although Defendant deny that there were violations of the FLSA, the parties agree that the settlement represents a fair compromise of the alleged claims.

11. Because the parties believe that the settlement represents a fair resolution of this matter, they jointly ask that the Court approve the settlement of this action and enter the Order attached hereto as **Exhibit B**, approving the settlement and dismissing this case with prejudice.

WHEREFORE, the parties respectfully request that this Court approve the settlement of this action and enter the Order attached hereto as **Exhibit B**, approving the settlement and dismissing this case with prejudice.

[*SIGNATURES OF COUNSEL ON NEXT PAGE*]

Respectfully Submitted,

/s Nicholas Conlon
Nicholas Conlon
Jason T. Brown
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
Phone: (877) 561-0000
jtb@jtblawgroup.com
nicholasconlon@jtblawgroup.com

Charles R. Ash IV (P73877)
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, MI 48076
Phone: (248) 355-0300
crash@sommerspc.com

*Attorneys for Plaintiff*

/s Allan S. Rubin
Allan S. Rubin (P44420)
Blaine A. Veldhuis (P78840)
JACKSON LEWIS P.C.
2000 Town Center, Suite 1650
Southfield, MI 48075
Phone: (248) 936-1900
Rubina@jacksonlewis.com
Blaine.veldhuis@jacksonlewis.com

*Attorneys for Defendant*

