## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**PAUL VAYO**, individually, and on behalf of others similarly situated,

              Plaintiff,

vs.

**IBA PROTON THERAPY, INC.,**
        Defendant.

Case No. 18-cv-10681

**Hon. George Caram Steeh**

_____/

Nicholas Conlon
Jason T. Brown
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
Phone:  (877)  561-0000
jtb@jtblawgroup.com
nicholasconlon@jtblawgroup.com

Charles R. Ash IV (P73877)
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, MI 48076
Phone: (248) 355-0300
crash@sommerspc.com

*Attorneys for Plaintiff*

Allan S. Rubin (P44420)
Blaine A. Veldhuis (P78840)
JACKSON LEWIS P.C.
2000 Town Center, Suite 1650
Southfield, MI 48075
Phone: (248) 936-1900
Rubina@jacksonlewis.com
Blaine.veldhuis@jacksonlewis.com

*Attorneys for Defendant*

_____/

## ORDER APPROVING SETTLEMENT AND DISMISING CASE WITH PREJUDICE

This matter having come before the Court on the parties Joint Motion to Approve Settlement, the Court having determined that the settlement proposed by the parties is a fair and reasonable resolution of a bona fide dispute, and the Court being otherwise duly advised in the premise:

**IT IS HEREBY ORDERED** that the Settlement Agreement between the parties be and is approved; and

**IT IS FURTHER ORDERED** that this matter be and is hereby dismissed **WITH PREJUDICE** and **WITHOUT** costs or attorney fees, except as provided for in the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: December 11, 2018                    s/George Caram Steeh
                                            UNITED STATES DISTRICT JUDGE

**So Stipulated:**

/s Nicholas Conlon

Nicholas Conlon
Jason T. Brown
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
Phone: (877) 561-0000
jtb@jtblawgroup.com
nicholasconlon@jtblawgroup.com

Charles R. Ash IV (P73877)
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, MI 48076
Phone: (248) 355-0300
crash@sommerspc.com

*Attorneys for Plaintiff*

/s Allan S. Rubin

Allan S. Rubin (P44420)
Blaine A. Veldhuis (P78840)
JACKSON LEWIS P.C.
2000 Town Center, Suite 1650
Southfield, MI 48075
Phone: (248) 936-1900
Rubina@jacksonlewis.com
Blaine.veldhuis@jacksonlewis.com

*Attorneys for Defendant*